UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORCHARD GLEN VENTURE, a California General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD HILL, NATASHA HILL, and DOES I through V, inclusive,<br><br>Defendants. | Case No. 14-cv-05486 NC<br><br>**REFERRAL FOR REASSIGNMENT WITH RECOMMENDATION TO REMAND THE CASE TO STATE COURT** |

This unlawful detainer action was removed to this Court by defendant Howard Hill, proceeding pro se. Dkt. No. 1 at 1-4. On December 31, 2014, the Court ordered Hill to show cause by January 14, 2015, why this case should not be remanded to state court for lack of subject matter jurisdiction. Dkt. No. 7. On January 5, 2015, Hill filed a letter requesting dismissal of the case without prejudice and remand to state court. Dkt. No. 8. The Court ordered the parties to file a consent or declination to the jurisdiction of a Magistrate Judge by January 29, 2015. Dkt. No. 9.

Because the parties have not consented, this matter will be reassigned to a District Court Judge. The Court RECOMMENDS that the District Court REMAND this case to the Superior Court of California, County of Santa Clara, based on Hill's non-opposition to the Court's order to show cause for lack of subject matter jurisdiction. *See* Dkt. No. 7.

//

Case No. 14-cv-05486 NC
REFERRAL AND
RECOMMENDATION

Any party may object to this recommendation under Federal Rule of Civil Procedure 72(b)(2) within fourteen days after being served with a copy.

IT IS SO ORDERED.

Date: February 3, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-05486 NC
REFERRAL AND
RECOMMENDATION

2