UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORCHARD GLEN VENTURE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD HILL,<br><br>　　　　Defendant. | Case No. 14-cv-05486-BLF<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT**<br><br>[Re: ECF 10] |
|---|---|

The Court has reviewed Magistrate Judge Nathanael Cousins' February 3, 2015 Report and Recommendation that this case be remanded to state court. *See* ECF 10. Defendant Howard Hill, who originally removed this action, filed a letter requesting that this case be remanded, and Judge Cousins recommended remand based in part on Mr. Hill's non-opposition. *See* ECF 8, 10.

No party has timely objected to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this matter is remanded to state court.

**IT IS SO ORDERED.**

Dated: February 18, 2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge